**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2207**

LA, DAN E. BATTY, SR.,

              Plaintiff - Appellant,

         v.

ADRIAN L. MERTON, INC.,

              Defendant – Appellee,

         and

FINE VAN MA; CHRIS MERTON,

              Defendants.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:13-cv-00270-GLR)

Submitted:  January 23, 2014          Decided:  January 27, 2014

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

La Dan E. Batty, Sr., Appellant Pro Se.  Katherine H. Levy,
Stephen Michael Silvestri, JACKSON LEWIS PC, Baltimore,
Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

La Dan E. Batty, Sr., appeals the district court's orders dismissing his amended complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Batty v. Merton, No. 1:13-cv-00270-GLR (D. Md. Aug. 14, 2013; Sept. 17, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED